# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

     v.                                 2:12-CR-217-JCM-(GWF)

JUDEL ESPINOZA-GONZALEZ,

          Defendant.

## AMENDED PRELIMINARY ORDER OF FORFEITURE

This Court finds that on July 11, 2012, defendant JUDEL ESPINOZA-GONZALEZ pled guilty to a Five-Count Criminal Information charging him in Count One with Conspiracy to Interfere with Commerce by Robbery in violation of Title 18, United States Code, Section 1951; in Count Two with Interference with Commerce by Robbery in violation of Title 18, United States Code, Section 1951; in Count Three with Brandishing a Firearm During a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii); in Count Four with Kidnaping, in violation of Title 18, United States Code, Section 1201; and in Count Five with Conspiracy to Possess More than 100 Grams of Heroin with Intent to Distribute in violation of Title 21, United States Code, Sections 841(a)(1) and 846. Information, ECF No. 64; Minutes of Change of Plea Proceedings, ECF No. 68; Plea Memorandum, ECF No. 66.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegations of the Criminal Information and the offenses to which defendant JUDEL ESPINOZA-GONZALEZ pled guilty.

1  The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Sections 853(a)(1):

- (a) One (1) Norinco SKS Rifle, 7.62 caliber, bearing serial number C1400120;
- (b) One (1) Mauser .380 caliber semi-automatic handgun, bearing serial number 0128306;
- (c) One (1) Star 9mm semi-automatic handgun bearing serial number B482864;
- (d) One (1) Jennings J22 .22 caliber semi-automatic handgun 652541;
- (e) One (1) Kimber TAC Custom, .45 caliber semi-automatic handgun serial number K203467;
- (f) One (1) Smith & Wesson .357 magnum revolver serial number 3K8066;
- (g) One (1) Bryco Jennings 9mm semi-automatic handgun bearing serial number 1577405;
- (h) One (1) AMT Backup .380 caliber semi-automatic handgun bearing serial number B09150;
- (i) One (1) WASR10 semi-automatic rifle 8.62 x 39 caliber bearing serial number A115167;
- (j) Miscellaneous gun parts;
- (k) One (1) S&W knife in a black sheath;
- (l) One (1) Raptor Stun Gun;
- (m) One (1) Reflex site;
- (n) One (1) silver gun barrel;
- (o) One (1) AK 47 Magazine;
- (p) Four (4) electronic scales;
- (q) Two (2) bullet proof vests;

1     (r)    One (1) black drum magazine;

2     (s)    One (1) Camouflage tactical vest with attached handgun holster;

3     (t)    One (1) 10 inch knife with a sheath;

4     (u)    One (1) Mossberg 500A shotgun, bearing serial number J548671;

5     (v)    any and all ammunition; and

6     (w)    any and all controlled substances seized in relation to this case ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JUDEL ESPINOZA-GONZALEZ in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

1  Michael A. Humphreys
   Assistant United States Attorney
2  Daniel D. Hollingsworth
   Assistant United States Attorney
3  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
4  Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED October 4, 2012.

                                         _____
                                         UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associate Paralegal, certify that the following individual was served with a copy of the foregoing on October 3, 2012, by the below identified method of service:

CM/ECF:

Patricia A. Palm
Palm Law Firm, Ltd.
1212 S. Casino Center Blvd
Las Vegas, NV 89104
Email: patricia.palmlaw@gmail.com
Counsel for Defendant Judel Espinoza-Gonzalez

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associate Paralegal